AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

| UNITED STATES OF AMERICA | United States Courts | **CRIMINAL COMPLAINT** |
| V. | Southern District of Texas | |
| Francisco Javier Enriquez-Perez | FILED | |
| | *January 16, 2023* | Case Number: M-23-0096-M |
| | Nathan Ochsner, Clerk of Court | |

IAE   YOB: 1976
Mexico
*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __January 14, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Francisco Javier Enriquez-Perez was encountered by Border Patrol Agents near Abram, Texas on January 14, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 14, 2023, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 3, 2019, through Atlanta, Georgia. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On June 19, 2013, the Defendant was convicted of 8 USC 1326 Illegal Re-Entry, and sentenced to fifty-six (56) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA M. Phelps
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 16, 2023   8:53 AM

/s/ Lorraine A. Partida
Signature of Complainant

Lorraine A. Partida   Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer